IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CECIL MATHEWS,

    Plaintiff,

v.                                               CASE NO. 5:15cv8-RH/GRJ

LAUREN DAVIS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 85, and the objections, ECF No. 86. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for summary judgment, ECF No. 59, is GRANTED. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on November 27, 2016.

                                              s/Robert L. Hinkle
                                              United States District Judge